1  PATRICK H. HICKS, ESQ., Bar # 004632
   ROGER L. GRANDGENETT II, ESQ., Bar # 6323
2  NOEL E. EIDSMORE, ESQ., Bar # 7688
   LITTLER MENDELSON
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:       702.862.8811

6  Attorneys for Defendant
   PAPILLON AIRWAYS, INC.
7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

| | |
|---|---|
| MYRON R. MARTIN, | Case No. 2:09-CV-02127-GMN-GWF |
| Plaintiff, | |
| vs. | |
| PAPILLON AIRWAYS, INC DBA PAPILLON GRAND CANYON HELICOPTERS, an Arizona Corporation; and DOES 1 through 20, inclusive, | **STIPULATION AND ORDER DISMISS CASE WITH PREJUDICE** |
| Defendant. | |

   The Parties, by and through their counsel of record, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1   IT IS HEREBY STIPULATED that each side to bear its own fees and costs with respect to
2   this Stipulation.
3       IT IS SO STIPULATED.

4   Dated: March 26, 2012                    Dated: March 26, 2012

5   Respectfully submitted,                  Respectfully submitted,

7   /s/ Michael P. Balaban, Esq.             /s/ Noel E. Eidsmore, Esq.
    MICHAEL P. BALABAN, ESQ.                 PATRICK H. HICKS, ESQ.
8                                            ROGER L. GRANDGENETT II, ESQ.
                                             NOEL E. EIDSMORE, ESQ.
9   Attorneys for Plaintiff                  LITTLER MENDELSON
    MYRON MARTIN
10                                           Attorneys for Defendant
                                             PAPILLON AIRWAYS, INC.

### ORDER

**IT IS SO ORDERED** this 27th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

Firmwide:109469374.1 047025.1005

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.