PATRICK H. HICKS, ESQ., Bar # 004632
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
NOEL E. EIDSMORE, ESQ., Bar # 7688
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
PAPILLON AIRWAYS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MYRON R. MARTIN,<br><br>              Plaintiff,<br><br>vs.<br><br>PAPILLON AIRWAYS, INC DBA PAPILLON GRAND CANYON HELICOPTERS, an Arizona Corporation; and DOES 1 through 20, inclusive,<br><br>              Defendant. | Case No. 2:09-CV-02127-GMN-GWF<br><br>**STIPULATION AND ORDER DISMISS CASE WITH PREJUDICE** |

The Parties, by and through their counsel of record, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

IT IS HEREBY STIPULATED that each side to bear its own fees and costs with respect to this Stipulation.

IT IS SO STIPULATED.

Dated: March 26, 2012

Respectfully submitted,

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ.

Attorneys for Plaintiff
MYRON MARTIN

Dated: March 26, 2012

Respectfully submitted,

/s/ Noel E. Eidsmore, Esq.
PATRICK H. HICKS, ESQ.
ROGER L. GRANDGENETT II, ESQ.
NOEL E. EIDSMORE, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
PAPILLON AIRWAYS, INC.

**ORDER**

**IT IS SO ORDERED** this 27th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

Firmwide:109469374.1 047025.1005

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800